IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| DAVID WEBB, | ) | Case No. 1:16CV00001DS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KIER PROPERTY MANAGEMENT and REAL ESTATE et al., | ) | |
| Defendants. | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

This matter is before the Court on the May 19, 2016 Report and Recommendation ("R&R") (Doc. #16) by United States Magistrate Judge Brooke C. Wells. The R&R is incorporated herein by reference. Plaintiff has filed a timely objection to the R&R.

The Court has conducted a *de novo* review of the case. Plaintiff's objections are without merit and are OVERRULED. The well reasoned R&R is ADOPTED.

IT IS THEREFORE ORDERED:

All Plaintiff's claims are DISMISSED.

Plaintiff's motion to Amend/Correct the complaint (#18) and Supplemental motion to Amend/Correct the complaint (#19) are also DENIED as the R&R has determined that further amendment would be futile.

DATED this 19th day of September, 2016.

BY THE COURT:

David Sam
_____

DAVID SAM

SENIOR JUDGE

UNITED STATES DISTRICT COURT